United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FABIAN SHAW, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3200 |
| | § | |
| HELIX ENERGY SOLUTIONS GROUP INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding is Defendant's Motion for Dismissal of Class Action Claim and Certain Other Claims in Plaintiffs' First Amended Class Action Complaint (Doc. No. 15); Plaintiffs' response (Doc. No. 21); Defendant's Reply (Doc. No. 22); Magistrate Judge Stacy's Memorandum and Recommendation (Doc. No. 28); and Plaintiff's Objection to Memorandum and Recommendation Regarding Plaintiffs' Disparate Impact Claim (Doc. No. 31).

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that Defendant's Motion should be granted in part. Accordingly, is it hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 28) is **ADOPTED**; and Defendant's Motion for Dismissal of Class Action Claim and Certain Other Claims in Plaintiffs' First Amended Class Action Complaint (Doc. No. 15) is **GRANTED IN PART**. It is further

**ORDERED** that, pursuant to Rule 12(b)(6) for failure to state a claim, Plaintiffs' class action claim; Shaw's disparate treatment and hostile work environment claims under Title VII based on conduct that occurred prior to November 18, 2016; and, Kwabena's disparate treatment and hostile work environment claims under Title VII based on conduct that occurred prior to

November 15, 2016 are **DISMISSED WITH PREJUDICE**. Defendant's objection concerning the disparate impact claims are **OVERRULED** without prejudice to being reasserted pursuant to Rule 56 FED.R.CIV.P.

SIGNED at Houston, Texas, this 2nd day of ~~July~~ August, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE